IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| NAM HYUP KANG and HYANG HO LEE , | * |
| Plaintiffs, | * |
| v. | Case No.  4:16-cv-152 (CDL) |
| | * |
| BENNING GF, LLC d/b/a GRIAN FOOD; HEE JEANG KIM, and JAEHAN KIM , | * |
| Defendants. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated April 21, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of April 2017.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk